UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DALE ROBERT WHITE,** *et. al.* | * | **CIVIL ACTION NO.** |
| | * | **2:11-cv-02186-SSV-JCW** |
| **Plaintiffs,** | * | *consolidated with* **12-cv-0359** |
| vs. | * | |
| | * | **SECTION: R(2)** |
| **INTEGRATED ELECTRONIC** | * | |
| **TECHNOLOGIES,** *et al.* | * | **DISTRICT JUDGE VANCE** |
| | * | |
| | * | **MAGISTRATE JUDGE WILKINSON** |
| **Defendants.** | * | |
| * * * * * * * * * * * * * * * * * * * * * | | **JURY TRIAL DEMANDED** |

## O R D E R

IT IS HEREBY ORDERED that Eric R. Miller (La. Bar Roll No. 21359) of The Kullman Firm, 4605 Bluebonnet Blvd., Suite A, Baton Rouge, Louisiana, 70809, Telephone (225) 906-4250, Facsimile (225) 906-4230, is enrolled as additional counsel of record for Defendants in this matter.

IT IS FURTHER ORDERED that Matthew Taylor Scully of The Kullman Firm is withdrawn as counsel of record for Defendants in this matter.

New Orleans, Louisiana, this __15th__ day of March 2012.

SARAH S. VANCE
UNITED STATES DISTRICT JUDGE