# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DALE ROBERT WHITE**, *et al.*, **On** | § | |
| **Behalf of Themselves and All Otherns** | § | **Case No. 2:11-cv-02186-SM-JCW** |
| **Similarly Situated,** | § | **(ALL CASES)** |
| | § | |
| **Plaintiffs,** | § | **Section E** |
| | § | |
| **v.** | § | **District Judge Morgan** |
| | § | |
| **INTEGRATED ELECTRONIC** | § | **Magistrate 2** |
| **TECHNOLOGIES, INC., and DISH** | § | |
| **NETWORK SERVICE, L.L.C.** | | **Magistrate Judge Wilkinson** |
| | | |
| **Defendants.** | | |

## ORDER

The above-entitled matter came before the Court on the Parties' Joint Motion to file for approval of their FLSA Settlement and supporting documents under seal. The Court, having reviewed the pleadings and argument, therefore ORDERS that:

The **JOINT MOTION TO FILE SETTLEMENT UNDER SEAL** is hereby GRANTED

IT IS SO ORDERED.

New Orleans, Louisiana this 1st day of August, 2016.

_____
Susie Morgan
United States District Judge