UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DALE ROBERT WHITE, ET AL.,**<br>    **Plaintiffs** | **CIVIL ACTION** |
| **VERSUS** | **NO. 11-2186 c/w 12-359** |
| **INTEGRATED ELECTRONIC TECHNOLOGIES, INC., ET AL.,**<br>    **Defendants** | **SECTION "E"** |

*Applies to: Both Cases*

## ORDER

The above-entitled matter came before the Court on the Parties' Joint Motion to Approve FLSA Settlement and Memorandum in Support (Doc. 200). The Court, having reviewed the proposed Receipt and Release ("Agreement"), and the Motion and Memorandum in Support, hereby finds that the Agreement was negotiated at arm's length by the parties, and that the Agreement is a fair and reasonable resolution of a bona fide dispute under the FLSA. The Court therefore ORDERS that:

1. The Joint Motion to Approve FLSA Settlement is GRANTED and the terms set forth in the Agreement are approved as fair and reasonable resolution of the bona fide dispute between Plaintiffs and Defendants.

2. The Receipt and Release (attached as an exhibit to Plaintiff's Unopposed Motion, filed under seal) is APPROVED.

3. Defendants are hereby ORDERED to pay the amounts set forth in the Agreement in accordance with the terms of the Agreement.

4. After payments to Plaintiffs and their counsel have been made, the parties shall promptly submit a joint stipulation dismissing this action with prejudice.

5.     Ninety (90) days after the last payment is due, if the joint stipulation dismissing the action has not been filed, the parties shall file a report providing the status of the completion of the payments.

6.     The parties agree that the Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

**IT IS SO ORDERED.**

New Orleans, Louisiana, this 2nd day of August, 2016.

*Susie Morgan*
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**